*Messrs. Hall & Pope*, for Relator.

---

No. 4,552.—STATE, RESPONDENT, *v.* GEO. F. COLTER ET AL., APPELLANTS.

*Appeal from District Court of Hill County.*

Decided January 26, 1920.

PER CURIAM.—Upon motion of respondent, the appeal in this cause is dismissed.

*Mr. S. C. Ford*, Attorney General, and *Mr. A. A. Grorud*, Assistant Attorney General, for Respondent.

---

No. 4,564.—GREAT NORTHERN RAILWAY CO., RESPONDENT, *v.* HILL COUNTY ET AL., APPELLANTS.

*Appeal from District Court, Hill County.*

Decided February 9, 1920.

PER CURIAM.—Pursuant to motion of appellants, the appeal in the above-entitled cause is dismissed.

*Mr. S. C. Ford*, Attorney General, and *Mr. Frank Woody*, Assistant Attorney General, for Appellants.